B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hukkster, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **45-5058840** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**584 Broadway, Suite 1007**<br>**New York, NY**<br>ZIPCODE **10012** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**c/o Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, NY**          ZIPCODE **10018**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                          Nonmain Proceeding |

| Chapter 15 Debtor | Tax-Exempt Entity | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending:<br>_____ | (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)  (04/13)                                                                                                              Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hukkster, Inc.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)        Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)

<table>
<tr><td><strong>Voluntary Petition</strong><br><em>(This page must be completed and filed in every case)</em></td><td>Name of Debtor(s):<br><strong>Hukkster, Inc.</strong></td></tr>
</table>

<strong>Signatures</strong>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X  */s/ Fred Stevens*
Signature of Attorney for Debtor(s)

**Fred Stevens**
**Klestadt & Winters, LLP**
**570 Seventh Ave. 17th Floor**
**New York, NY  10018-0000**
**(212) 972-3000**
**fstevens@klestadt.com**

**August 25, 2014**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Katie Finnegan*
Signature of Authorized Individual

**Katie Finnegan**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 25, 2014**
Date

---

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# HUKKSTER, INC.

## WRITTEN CONSENT OF BOARD OF DIRECTORS

We, the undersigned being all the members of the Board of Directors (the "Directors") of **HUKKSTER, INC.** (the "Corporation"), a corporation duly organized under the laws of the State of Delaware, do hereby consent to and adopt the following resolutions as of the 19th day of August, 2014:

**WHEREAS**, in light of the Company's current financial condition, the Directors have investigated, discussed and considered all options for addressing the Company's financial challenges and, after consultation with the Company's advisors, have concluded that it is in the best interests of the Company, its creditors and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); now therefore be it

> **RESOLVED**, that in the judgment of the Directors, it is desirable and in the best interests of the Corporation that Katie Finnegan, President and Co-Chief Executive Officer of the Corporation, and Erica Bell, Co-Chief Executive Officer of the Corporation, be empowered to cause a petition under Chapter 7 of the Bankruptcy Code to be filed by the Corporation for the protection of the Corporation's assets in the United States Bankruptcy Court for the Southern District of New York; and it is further

> **RESOLVED**, that Katie Finnegan and Erica Bell be, and each hereby is, authorized to execute and file all petitions, schedules, statements, lists and other papers and to take any and all action which he may deem necessary or proper in connection with such proceedings under Chapter 7, and in that the decision to retain and employ Klestadt & Winters, LLP to act as the Corporation's bankruptcy counsel in the Chapter 7 process is ratified and approved; and it is further

> **RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the Directors of the Company and the undersigned hereby waive all requirements as to notice of a meeting; and it is further

> **RESOLVED**, that this Written Consent may be executed in order or more counterparts, each of which will be deemed to be an original copy, and all of which, when taken together, will be deemed to constitute on and the same Written Consent.  'Pdf' and facsimile signatures shall be sufficient for the execution of this Written Consent.

*[The remainder of this page is intentionally left blank.]*

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the Board of Directors of Hukkster, Inc. as of the date set forth above.

**DIRECTORS**:

_/s/ Katie Finnegan_

KATIE FINNEGAN

_/s/ Erica Bell_

ERICA BELL

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                                          Case No. _____

**Hukkster, Inc.** _____    Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 192,860.45 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 1,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 12,600.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 1,620,852.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 16 | $ 192,860.45 | $ 1,634,952.72 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Hukkster, Inc.** _____    Case No. _____
                   Debtor(s)                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Hukkster, Inc. _____    Case No. _____
                    Debtor(s)                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **In possession of Erica Bell to be turned over to Trustee** | | 1,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Silicon Valley Bank - Collateral Money Market Account - Account #: ******1665** | | 5,000.00 |
| | | **Silicon Valley Bank - Money Market Account - Account #: ******4301** | | 12.71 |
| | | **Silicon Valley Bank - Operating Account - Account #: ******9242 ($20,000 in process of being returned but should be received back into account within one week).** | | 20,147.74 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Accord - Liability Insurance**<br>**Issuer: State Farm Fire & Casualty Company**<br>**Policy #: 92-B0-E404-3 F**<br>**Effective: 5/1/14 - 5/1/15** | | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Hukkster, Inc.</u>                                                                        Case No. _____
            Debtor(s)                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable from contract parties. Value unknown but estimated to be under $15,000. A/R should be received into company's bank accounts automatically. | | 15,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | American Express overpayment | | 500.00 |
| | | Claim against Ikea Furniture for furniture ordered and paid for but never delivered. | | 200.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Copyright for Desktop Designs: U.S. Copyright Registration No.: TX-7-795-116 | | unknown |
| | | Copyright for iOS App: U.S. Copyright Registration No.: TXu 1-889-003 | | unknown |
| | | Custom Python Django code base (value attributable to all assets covered on existing bid and is not allocated amongst the various itemized assets). | | 150,000.00 |
| | | Domains: hukkster.co.in - expires 11/15/14 | | unknown |
| | | Domains: hukkster.co.uk - expires 11/15/14 | | unknown |
| | | Domains: hukkster.com - expires 1/30/15 | | unknown |
| | | Domains: www.hukkster.com - expires 11/15/14 | | unknown |
| | | Domains: www.hukkster.fr - expires 11/16/14 | | unknown |
| | | Domains: www.hukkster.it - expires 11/15/14 | | unknown |
| | | Hukkster Trademark: U.S. Trademark Registration No.: 4,450,092 | | unknown |
| | | Hukkster Trademark: U.S. Trademark Registration No.: 4,450,093 | | unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Hukkster, Inc.
_____
Debtor(s)                                    Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Approximately 150,000 iOS app downloads (UDIDs)** | | **unknown** |
| | | **Database containing approximately 300,000 customer names and email addresses** | | **unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 Macintosh laptops in possession of Erica Bell and Katie Finnegan to be turned over.** | | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Desktop, monitors, portable WiFi devices, keyboards and marketing materials located at Klestadt & Winters, LLP.** | | **500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **192,860.45** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Hukkster, Inc. _____     Case No. _____
               Debtor(s)                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ****-****-****-9062 <br><br> **Silicon Valley Bank** <br> **3003 Tasman Drive** <br> **Santa Clara, CA  95054** | | | **Claim secured against money market account balance of $5,000.** <br><br><br> VALUE $ **5,000.00** | | | | 1,500.00 | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |

**0** continuation sheets attached

|  | Subtotal (Total of this page) | $ | 1,500.00 | $ |
|---|---|---|---|---|
|  | Total (Use only on last page) | $ | 1,500.00 | $ |

(Report also on Summary of Schedules.)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE Hukkster, Inc. _____    Case No. _____
_____
Debtor(s)                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Hukkster, Inc.**                                                    Case No. _____
　　　　　　　　　　　　　　　　 Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Erica Bell**<br>**101 West 15th Street, Apt. 212**<br>**New York, NY  10011** | | | **Unpaid vacation time and unpaid wages** | | | | **6,300.00** | **6,300.00** | |
| ACCOUNT NO.<br><br>**Katie Finnegan**<br>**125 Christopher Street, Apt. 6D**<br>**New York, NY  10014** | | | **Unpaid vacation time and unpaid wages.** | | | | **6,300.00** | **6,300.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **12,600.00** | $ **12,600.00** | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **12,600.00** | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **12,600.00** | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Hukkster, Inc. _____    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ampush Media**<br>**450 9th Street, 2nd Floor**<br>**San Francisco, CA  09410** | | | **Vendor** | | | | **2,500.00** |
| ACCOUNT NO.<br>**Archie Gottesman**<br>**Daisybella Investments LLC**<br>**60 Fernwood Road**<br>**Summit, NJ  07901** | | | **2/21/14 - Investor loan (principal only - exclusive of interest owed)** | | | | **100,000.00** |
| ACCOUNT NO.<br>**Badge Media**<br>**261 Madison Avenue, 9th Floor**<br>**New York, NY  10016** | | | **Vendor** | | | | **7,814.68** |
| ACCOUNT NO.<br>**Brilliant Spaces Corp.**<br>**145-31 Wilest Point Boulevard**<br>**Whitestone, NY  11357** | | | **Vendor** | | | | **364.73** |

**5** continuation sheets attached

Subtotal<br>(Total of this page)    $   **110,679.41**

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hukkster, Inc. _____  Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**bway.net**<br>**P.O. Box 1688**<br>**New York, NY 10013-9998** | | | **Internet service provider** | | | | **650.00** |
| ACCOUNT NO.<br>**Christian Fischer**<br>**555 Hart Street, Apt. 1R**<br>**Brooklyn, NY 11221** | | | **Vendor** | | | | **705.50** |
| ACCOUNT NO.<br>**CloudNexa**<br>**The Navy Yard Quarters A**<br>**1413 Langley Avenue**<br>**Philadelphia, PA 19112** | | | **Vendor** | | | | **6,373.26** |
| ACCOUNT NO.<br>**Conde Boyce**<br>**380 North Broadway, Suite 310**<br>**Jericho, NY 11753** | | | **Vendor** | | | | **1,475.00** |
| ACCOUNT NO.<br>**Cooley LLP**<br>**101 California Street, 5th Floor**<br>**San Francisco, CA 94111** | | | **Legal fees** | | | | **34,256.98** |
| ACCOUNT NO.<br>**Curtis Nathanson**<br>**877 Robin Lane**<br>**Hntington Valley, PA 19006** | | | **Vendor** | | | | **688.50** |
| ACCOUNT NO.<br>**Daniel Rooney**<br>**61 West 108th Street, Apt. 5D**<br>**New York, NY 10025** | | | **Vendor** | | | | **720.00** |

Sheet no. ____**1**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **44,869.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Hukkster, Inc.__                                                    Case No. _____
      Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Drew James**<br>**Joshua M. Childress Recovable Trust**<br>**140 Raleigh Road, Suite 300**<br>**Chapel Hill, NC  27517** | | | **1/10/14 - Investor loan (principal only - exclusive of interest owed)** | | | | **150,000.00** |
| ACCOUNT NO.<br>**Eve Schaenen**<br>**78 Plymouth Street**<br>**Montclair, NJ  07042** | | | **3/10/14 - Investor loan (principal only - exclusive of interest owed)** | | | | **50,000.00** |
| ACCOUNT NO.<br>**Extole, Inc.**<br>**274 Brannan Street**<br>**San Francisco, CA  94107** | | | **Vendor** | | | | **22,500.00** |
| ACCOUNT NO.<br>**Hello Society LLC**<br>**1447 Second Avenue, Suite 300**<br>**Santa Monica, CA  90401** | | | **Vendor** | | | | **3,270.00** |
| ACCOUNT NO.<br>**Justin Greenberg**<br>**2681 Albatross Road North, Apt. 201**<br>**Delray Beach, FL  33444** | | | **Vendor** | | | | **1,374.00** |
| ACCOUNT NO.<br>**Keele UX**<br>**5512 Third Line Alliston**<br>**Ontario, Canada,    L9R1V2** | | | **Vendor** | | | | **354.90** |
| ACCOUNT NO.<br>**Kris Canekeratne**<br>**1 Wyndmere Drive**<br>**Southborough, MA  01772** | | | **3/10/14 - Investor loan (principal only - exclusive of interest owed)** | | | | **220,000.00** |

Sheet no. _____**2**___ of _____**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
               (Total of this page) | $ **447,498.90**

                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hukkster, Inc.                                                    Case No. _____
_____
            Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lindsey Fennell** <br> **341 10th Street, Apt. 13C** <br> **Brooklyn, NY 11215** | | | **Vendor** | | | | **150.00** |
| ACCOUNT NO. <br> **Lisa Blau** <br> **1040 Fifth Avenue** <br> **New York, NY 10028** | | | **1/10/14 - Investor loan (principal only - exclusive of interest owed)** | | | | **25,000.00** |
| ACCOUNT NO. <br> **Marielle Gelber** <br> **320 East 58th Street, Apt. 8G** <br> **New York, NY 10022** | | | **Vendor** | | | | **200.00** |
| ACCOUNT NO. <br> **Mark Munnelly** <br> **1A Bonnie Drive** <br> **Fort Salonga, NY 11768** | | | **1/10/14 - Investor loan (principal only - exclusive of interest owed)** | | | | **25,000.00** |
| ACCOUNT NO. <br> **Marla Smith** <br> **482 Greenwich Street, 4th Floor** <br> **New York, NY 10013** | | | **2/21/14 - Investor loan (principal only - exclusive of interest owed)** | | | | **100,000.00** |
| ACCOUNT NO. <br> **Martin Attea** <br> **55 West 88th Street, Apt. 4** <br> **New York, NY 10024** | | | **1/10/14 - Investor loan (principal only - exclusive of interest owed)** | | | | **50,000.00** |
| ACCOUNT NO. <br> **Martin Trust** <br> **Samtex USA, Inc.** <br> **One Stiles Road** <br> **Salem, NH 03079** | | | **3/10/14 - Investor loan (principal only - exclusive of interest owed)** | | | | **420,000.00** |

Sheet no. _____**3**_____ of _____**5**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **620,350.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hukkster, Inc.                                                                 Case No. _____
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Melanie Begun<br>40 Harrison Street, Apt. 26B<br>New York, NY  10013 | | | 2/21/14 - Investor loan (principal only - exclusive of interest owed) | | | | 25,000.00 |
| ACCOUNT NO.<br>MetroStar Contracting<br>P.O. Box 13-1703<br>Staten Island, NY  10313 | | | Vendor | | | | 1,748.60 |
| ACCOUNT NO.<br>MJG Promotions<br>P.O. Box 271<br>Caldwell, NJ  07006 | | | Vendor | | | | 1,067.75 |
| ACCOUNT NO.<br>Morgan Desouza<br>2011 Kimball Street<br>Philadelphia, PA  19146 | | | Vendor | | | | 488.75 |
| ACCOUNT NO.<br>Olmstead Properties, Inc.<br>575 Eighth Avenue, Suite 2400<br>New York, NY  10018 | X | | Estimated early lease termination damages. | X | | | 33,500.00 |
| ACCOUNT NO.<br>PS89<br>201 Warren Street<br>New York, NY  10282 | | | | | | | 6.86 |
| ACCOUNT NO.<br>Rosemary Vrablic<br>1001 Park Avenue<br>New York, NY  10028 | | | 2/21/14 - Investor loan (principal only - exclusive of interest owed) | | | | 100,000.00 |

Sheet no. ____4___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  161,811.96

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hukkster, Inc.
_____    Case No. _____
               Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rowland Moriarty<br>c/o Charles River Associates<br>200 Clarendon Street, T32<br>Boston, MA  02116 | | | 3/10/14 - Investor loan (principal only - exclusive of interest owed) | | | | 185,000.00 |
| ACCOUNT NO.<br><br>Sheila Klehm<br>P.O. Box 137<br>New Vernon, NJ  07976 | | | 2/21/14 - Investor loan (principal only - exclusive of interest owed) | | | | 25,000.00 |
| ACCOUNT NO.<br><br>St. Anthony's High School<br>275 Wolfhill Road South<br>Huntington, NY  11746 | | | | | | | 6.76 |
| ACCOUNT NO.<br><br>Stephen Madsen<br>266 Causeway<br>Lawrence, NY  11559 | | | 1/10/14 - Investor loan (principal only - exclusive of interest owed) | | | | 25,000.00 |
| ACCOUNT NO.<br><br>Tapjoy<br>111 Sutter Street, 12th Floor<br>San Francisco, CA  94104 | | | Vendor | | | | 636.45 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____5____ of _____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 235,643.21

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 1,620,852.72

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Hukkster, Inc.**                                                                              Case No. _____
_____                                    _____
                              Debtor(s)                                                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Hukkster, Inc. _____    Case No. _____
                                                    Debtor(s)                                                        (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Erica Bell<br>101 West 15th Street, Apt. 212<br>New York, NY  10011 | Olmstead Properties, Inc.<br>575 Eighth Avenue, Suite 2400<br>New York, NY  10018 |
| Katie Finnegan<br>125 Christopher Street, Apt. 6D<br>New York, NY  10014 | Olmstead Properties, Inc.<br>575 Eighth Avenue, Suite 2400<br>New York, NY  10018 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE  Hukkster, Inc.                                                                                      Case No.

_____                    _____
Debtor(s)                                                                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____
                                                                                                    Debtor

Date: _____          Signature: _____
                                                                                    (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the **Hukkster, Inc.** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**17**___ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 25, 2014** _____          Signature: ***/s/ Katie Finnegan*** _____

                                             **Katie Finnegan** _____
                                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                                   Case No. _____

**Hukkster, Inc.**                                                       Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 42,479.07 | 2014 YTD |
| 44,609.00 | 2013 |
| 153.00 | 2012 |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment** | | **0.00** | **0.00** |

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment** | | **0.00** | **0.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sound Advice Consulting Services, LLC v. Hukkster, Inc. JAMS Reference #: 1425013771** | **Arbitration** | | **Claim assigned and lost; settlement of $27,500 funded by Company June 2014.** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Klestadt & Winters, LLP** **570 Seventh Avenue, 17th Floor** **New York, NY  10018-0000** **Retainer for Bankruptcy Services** | **8/22/14** | **20,000.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See Attachment** | | |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** **525 Broadway** **New York, NY  10012-4411** | **Checking Account - #*****1964** | **Opened: 4/17/212** **Closed:  9/13/12** |
| **Chase Bank** **525 Broadway** **New York, NY  10012-4411** | **Savings Account - #******6059** | **Date Opened: 4/17/12** **Date Closed: 6/15/12** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Olmstead Properties, Inc.** **575 Eighth Avenue, Suite 2400** **New York, NY  10018-0000** | **8/21/14** | **20,100.00** |

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.



© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

☐ None   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 125 Christopher Street, Apt. 6D, New York, NY 10014 | Hukkster, Inc. | 04/12 through 01/13 |
| 30 West 24th Street, 4th Floor, New York, NY 10011 | Hukkster, Inc. | 01/13 through 12/13 |
| 225 Broadway, New York, NY 10007 | Hukkster, Inc. | 1/2/14 through 4/30/14 |
| 584 Broadway, Suite 1007, New York, NY 10012 | Hukkster, Inc. | 5/1/14 through 8/21/14 |

**16. Spouses and Former Spouses**

☑ None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

☑ None   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

☑ None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☑ None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

☐ None   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Hukkster, Inc. | 45-5058840 | 584 Broadway, Suite 1007 New York, NY  10012-0000 | Technology | 04/12/12 through 8/22/14 |

☑ None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mario Conde**<br>**380 North Broadway, Suite 310**<br>**Jericho, NY  11753** | **April 2014 through petition date** |
| **Patricia Briggs**<br>**41 Perimeter Center East, Suite 600**<br>**Atlanta, GA  30346** | **November 2013 through petition date** |
| **Anita Katzen**<br>**Schulman Lobel Wolfson Zand Abruzzo Katz**<br>**1001 Avenue of the Americas, 10th Floor**<br>**New York, NY  10018** | **December 2012 through June 2013** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Katie Finnegan**<br>**125 Christopher Street, Apt. 6D**<br>**New York, NY  10014** | **President & Co-CEO** | **2,250,000 shares = 49.55% common** |
| **Erica Bell**<br>**101 West 15th Street, Apt. 212**<br>**New York, NY  10011** | **Co-CEO, Treasurer &**<br>**Secretary** | **2,250,000 shares = 49.55% common** |
| **See Attached Capitalization Table** | | |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 25, 2014**　　　　　　　　Signature: ***/s/ Katie Finnegan***

**Katie Finnegan, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Hukkster, Inc.**
**Statement of Financial Affairs Question 3(b)**
**Transfers to Creditors Within Ninety (90) Days Aggregating $6,255 or More**

| Process Date | Payment Amount | Vendor Name | Address | Vendor Total | Amount Still Owing |
|---|---|---|---|---|---|
| 6/10/2014 | $6,790.00 | 584 Broadway LLC | c/o Omstead Properties, Inc. | | |
| 7/14/2014 | $7,208.96 | 584 Broadway LLC | 575 Eighth Ave., Ste. 2400 | | |
| 8/6/2014 | $7,288.42 | 584 Broadway LLC | New York, NY 10018-3011 | $21,287.38 | Lease Termination Damages |
| | | | | | |
| 8/4/2014 | $2,590.76 | American Express | P.O. Box 360001 | | |
| 8/1/2014 | $8,606.01 | American Express | Fort Lauderdale, FL 33336-0001 | | |
| 7/16/2014 | $18,296.93 | American Express | | | |
| 6/16/2014 | $17,231.39 | American Express | | | |
| 5/19/2014 | $11,814.61 | American Express | | $58,539.70 | $- |
| | | | | | |
| 7/8/2014 | $19,699.94 | Badge Media | 1095 6th Ave., 24th Floor | | |
| 7/18/2014 | $13,651.15 | Badge Media | New York, NY 10036 | $33,351.09 | $7,814.68 |
| | | | | | |
| 7/8/2014 | $5,120.68 | Cloudnexa, Inc. | 1413 Langley Avenue | | |
| 8/12/2014 | $6,938.60 | Cloudnexa, Inc. | Philadelphia, PA 19112 | $12,059.28 | $6,373.26 |
| | | | | | |
| 5/30/2014 | $7,500.00 | Extole, Inc. | 274 Brannan St. | | |
| 7/8/2014 | $5,000.00 | Extole, Inc. | | $12,500.00 | $22,500.00 |
| | | | | | |
| 7/8/2014 | $5,340.00 | Hello Society LLC | 1447 Second Ave., Ste. 300 | | |
| 7/16/2014 | $5,918.00 | Hello Society LLC | Santa Monica, CA 90401 | $11,258.00 | $3,270.00 |
| | | | | | |
| 6/10/2014 | $27,500.00 | Sound Advice | 139 E 35th Street, #7k New York, NY 10016 | $27,500.00 | $- |

**Hukkster, Inc.**
**Statement of Financial Affairs Question 3(c)**
**Transfers to Creditors Within One Year Who May Be Insiders**

| Process Date | Payment Amount | Creditor Name | Address | Vendor Total | Amount Still Owing |
|---|---|---|---|---|---|
| 9/9/2013 | $1,554.00 | Justin Greenberg | 2681 Albatross Road N | | |
| 10/9/2013 | $1,564.00 | (Brother of Erica Bell) | Apt. 201 | | |
| 11/12/2013 | $1,853.00 | | Delray Beach, FL 33444 | | |
| 12/20/2013 | $1,620.70 | | | | |
| 1/22/2014 | $2,064.82 | | | | |
| 2/26/2014 | $1,698.50 | | | | |
| 3/19/2014 | $1,518.50 | | | | |
| 4/14/2014 | $1,504.00 | | | | |
| 5/12/2014 | $1,640.75 | | | | |
| 6/13/2014 | $1,996.75 | | | | |
| 7/18/2014 | $1,951.00 | | | $21,926.02 | $1,374.00 |
| | | | | | |
| 8/30/2013 | $50.00 | Martha Finnegan | 142 E Shore Road | | |
| 9/30/2013 | $50.00 | (reimbursement to | Huntington, NY 11743 | | |
| 10/31/2013 | $50.00 | Katie Finnegan's mother | | | |
| 11/29/2013 | $75.00 | for business use of family | | | |
| 12/31/2013 | $75.00 | phone plan) | | | |
| 1/31/2014 | $75.00 | | | | |
| 2/28/2014 | $75.00 | | | | |
| 3/31/2014 | $75.00 | | | | |
| 4/30/2014 | $75.00 | | | | |
| 5/30/2014 | $75.00 | | | | |
| 6/30/2014 | $75.00 | | | | |
| 7/31/2014 | $75.00 | | | $825.00 | 0 |

| Date | Amount | Description | Address |
|---|---|---|---|
| 8/30/2013 | $110.00 | David Bell | 101 West 15th St., Apt. 212 |
| 9/30/2013 | $110.00 | (reimbursement to | New York, NY 10011 |
| 10/31/2013 | $110.00 | Erica Bell's husband | |
| 11/29/2013 | $75.00 | for business use of family | |
| 12/31/2013 | $75.00 | phone plan) | |
| 1/31/2014 | $75.00 | | |
| 2/28/2014 | $75.00 | | |
| 3/31/2014 | $75.00 | | |
| 4/30/2014 | $75.00 | | |
| 5/30/2014 | $75.00 | | |
| 6/30/2014 | $75.00 | | |
| 7/31/2014 | $75.00 | | $1,005.00    0 |

**Hukkster, Inc.**

**Statement of Financial Affairs - Question No. 10 - Transfers Outside the Ordinary Course of Business**

| Property Transferred | Transferee | Address | Phone # | Value Paid | Transfer Date | Connection |
|---|---|---|---|---|---|---|
| Claim Against Sound Advice Consulting Service | Winklevoss Vanguard LLC | 30 West 24th Street New York, NY 10010 | | $  2,000.00 | 1/18/2013 | Investor |
| 1 Galant Birch Desk | Nicky Lee | 286 South St | 9173462781 | 0 | 8/20/2014 | Craigslist |
| 1 Monitor | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 1 Ceramic Heater | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 1 Ikea Shelf | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 5 Trash Cans | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 4 Paper Trays | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 2 Hangers | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 1 Extension Cord | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 1 Box Kleenex | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 1 Napkins | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 2 Corner Desks | Bere Haiman | 687 Myrle Avenue Brooklyn 11205 | 9177206087 | 0 | 8/20/2014 | Craigslist |
| 1 White 47" Desk | Bere Haiman | 687 Myrle Avenue Brooklyn 11205 | 9177206087 | 0 | 8/20/2014 | Craigslist |
| 1 Heater | Bere Haiman | 687 Myrle Avenue Brooklyn 11205 | 9177206087 | 0 | 8/20/2014 | Craigslist |
| 1 Ikea Shelf | Bere Haiman | 687 Myrle Avenue Brooklyn 11205 | 9177206087 | 0 | 8/20/2014 | Craigslist |
| Various Food | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | 0 | 8/20/2014 | Office Neighbor |
| 4 Long Extension Cords | Missy Meek | 584 Broadway, Suite | 7274826777 | 0 | 8/20/2014 | Office Neighbor |
| 2 Regular Extension Cords | Missy Meek | 584 Broadway, Suite | 7274826777 | 0 | 8/20/2014 | Office Neighbor |
| 2 White Boards | Missy Meek | 584 Broadway, Suite | 7274826777 | 0 | 8/20/2014 | Office Neighbor |
| 1 Printer | Missy Meek | 584 Broadway, Suite | 7274826777 | 0 | 8/20/2014 | Office Neighbor |
| Paper | Missy Meek | 584 Broadway, Suite | 7274826777 | 0 | 8/20/2014 | Office Neighbor |
| Folders | Missy Meek | 584 Broadway, Suite | 7274826777 | 0 | 8/20/2014 | Office Neighbor |
| Binder Clips | Missy Meek | 584 Broadway, Suite | 7274826777 | 0 | 8/20/2014 | Office Neighbor |
| Pens | Missy Meek | 584 Broadway, Suite | 7274826777 | 0 | 8/20/2014 | Office Neighbor |
| 1 Paper Shredder | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 2 Wastebaskets | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 4 Pencil Holders | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 1 Paper Holder | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 1 Scissor | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 1 Bottle Opener | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 1 Stapler | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 1 Tape Dispenser | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| Envelopes | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 1 Paper Bin | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 2 desk heaters | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| 1 First Aid Kit | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| Large Garbage Can | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| TV Mount | Jean Marc | 265 Ludlow St, NY NY | 7187554728 | 0 | 8/20/2014 | Craigslist |
| Glass desk | Bertina Lee | 150 West 96th Street | 9176260022 | $20 | 8/20/2014 | Craigslist |
| Long white desk | Ci Esta | 237 West 37th street | 9175868564 | 0 | 8/20/2014 | Craigslist |
| short white desk | Ci Esta | 237 West 37th street | 9175868564 | 0 | 8/20/2014 | Craigslist |
| glass desk | Ci Esta | 237 West 37th street | 9175868564 | $20 | 8/20/2014 | Craigslist |
| heater | Ci Esta | 237 West 37th street | 9175868564 | 0 | 8/20/2014 | Craigslist |
| wipe board | Ci Esta | 237 West 37th street | 9175868564 | 0 | 8/20/2014 | Craigslist |
| Mac Bundle | David Shiovitz | 50 E 98 Street | 9149245340 | $1,400.00 | 8/20/2014 | Craigslist |
| 1 Corner Galant Desk | Melissa Ortiz | 4 W 43rd St, NY NY 10021 | 3474235818 | 0 | 8/20/2014 | Craigslist |
| 1 Corner Galant Desk | Lenz Kol | 584 Broadway, Suit 1005 | 3472389929 | 0 | 8/20/2014 | Craigslist |
| Bluetooth Speaker | Anirudha Balasubramanian | | | $35.00 | 8/20/2014 | Craigslist |
| **6 23" Acer Monitors** | Ben Lee | | 347 579 3071 | $180.00 | 8/20/2014 | Office Building |
| 1 Bookcase | Ed Hoey | 584 Broadway, Suite 1006 | 2129651447 | $25.00 | 8/20/2014 | Office Building |
| 2 Clear Chairs | Candice Sonneman | | | $75.00 | 8/20/2014 | Craigslist |
| 30 Aeron Chairs | Edison Properties | | | $7,500.00 | 8/20/2014 | Note Holder |
| 2 new white & 2 used white | Brittany Jerez | 45 W 34th Street, Suite 710 | 347-492-1628 | $250.00 | 8/20/2014 | Craigslist |
| Refrigerator | Linda | | 212.620.4316 | **$200.00** | 8/20/2014 | Craigslist |
| OKL Furniture | Sloane | | 310-598-0698 | $100.00 | 8/20/2014 | Craigslist |

| | | | | | |
|---|---|---|---|---|---|
| West Elm Rug | Tiffany Nixon | | | $75.00 | 8/20/2014 Craigslist |
| Microwave | Natalie gaweda | 66 slater blvd, staten island, 10305 | 9175147630 | 0 | 8/20/2014 Craigslist |
| 4 Desktop Computers | Natalie gaweda | 66 slater blvd, staten island, 10305 | 9175147630 | 0 | 8/20/2014 Craigslist |
| 3 White Ikea Desks | Natalie gaweda | 66 slater blvd, staten island, 10305 | 9175147630 | 0 | 8/20/2014 Craigslist |
| Leftover Food | Natalie gaweda | 66 slater blvd, staten island, 10305 | 9175147630 | 0 | 8/20/2014 Craigslist |
| 26 Wet Bikini bags (Bendels | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 320 Get Hukk'd Sunglasses | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 510 "Booze Fund" snap on c | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 50 Black Hukkster Tshirts | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 6 Black Hukkster Hats | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 7 "Hukk" fashion week bag | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 65 "Hukkster" wine bag | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 95 Hukkster Nail File | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 8 Hukkster Make up Bag | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 32 Hukkser beer koozie | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 2 Hukk Tag tank | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 30 gray/black hukkster tank | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 5 urban outfitters glitter fram | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 500 patricia fields fashion w | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 8 rachel Antonoff snap bracl | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 6 pop phone attachment | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 125 phone screen cleaners | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 12 Hukkster onesies | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| fast flats | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |
| 9 Demo Sweatshirts | Housing Works | Crosby St | 18884936628 | 0 | 8/20/2014 Charity |

**Hukkster, Inc.**
**Statement of Financial Affairs - Question No. 21 - Capitalization Schedule**

| | Common Shares | Options | Series Seed | Total | % (FD) |
|---|---|---|---|---|---|
| Erica Bell | 2,250,000 | 60,002 | - | 2,310,002 | 25.355% |
| Katie Finnegan | 2,250,000 | 60,002 | - | 2,310,002 | 25.355% |
| John Krauss | 40,000 | - | - | 40,000 | 0.439% |
| Sophia Lauricella | 100 | - | - | 100 | 0.001% |
| Kelly Wetter | 100 | 2,000 | - | 2,100 | 0.023% |
| Jesse Goodall | 1,000 | | | 1,000 | 0.011% |
| Red Antler (Non-Plan) | - | 64,000 | - | 64,000 | 0.702% |
| Johnathan Osborne | - | 3,334 | - | 3,334 | 0.037% |
| Simon Endres | - | 3,333 | - | 3,333 | 0.037% |
| Emily Heyward | - | 3,333 | - | 3,333 | 0.037% |
| Erin O'Neill | - | 182,212 | - | 182,212 | 2.000% |
| Zach Carroll | - | 25,000 | - | 25,000 | 0.274% |
| Sophia Lauricella | - | 3,500 | - | 3,500 | 0.038% |
| Patricia Gabel | - | 20,000 | - | 20,000 | 0.220% |
| John Rutledge | - | 90,000 | - | 90,000 | 0.988% |
| Phil Avery | - | 273,318 | - | 273,318 | 3.000% |
| Erica Castelo | - | 20,000 | - | 20,000 | 0.220% |
| Emily Brockway | | 7,500 | | 7,500 | 0.082% |
| Natalie Podrazik | | 136,658 | | 136,658 | 1.500% |
| | | | | | |
| Winklevoss Capital | - | - | 1,770,455 | 1,770,455 | 19.433% |
| Kyle Schneider | - | - | 248,335 | 248,335 | 2.726% |
| Christopher Fiore | - | - | 105,462 | 105,462 | 1.158% |
| Jerome Griffith | - | - | 48,423 | 48,423 | 0.532% |
| Robert Johnson | - | - | 67,436 | 67,436 | 0.740% |
| Christine Munnelly | - | - | 88,425 | 88,425 | 0.971% |
| Nicholas Karras | - | - | 48,423 | 48,423 | 0.532% |
| Clifford Scott Chabina | - | - | 184,381 | 184,381 | 2.024% |
| Lauren Salem | - | - | 198,132 | 198,132 | 2.175% |
| Brian Trombino | - | - | 142,599 | 142,599 | 1.565% |
| Josh Schwimmer | - | - | 95,066 | 95,066 | 1.043% |
| Stephen Madsen | - | - | 74,546 | 74,546 | 0.818% |
| Jordana & Marc Creegan | - | - | 47,533 | 47,533 | 0.522% |
| Robert Mattar | - | - | 47,533 | 47,533 | 0.522% |
| David Kestnbaum | - | - | 47,533 | 47,533 | 0.522% |
| David Nussbaum | - | - | 80,004 | 80,004 | 0.878% |
| Martin Attea | - | - | 100,005 | 100,005 | 1.098% |
| Lisa Blau | - | - | 60,003 | 60,003 | 0.659% |
| Childress  Trust | - | - | 56,003 | 56,003 | 0.615% |
| | | | | - | 0.000% |
| *Available Option Pool* | - | *104,863* | | 104,863 | 1.151% |
| | | | | - | |
| **Total Shares** | **4,541,200** | **1,059,055** | **3,510,297** | **9,110,552** | **100.000%** |

| | |
|---|---|
| Exercised Options | 41,200 |
| Outstanding Options | 890,192 |
| Non-plan options | 64,000 |

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                                          Case No. _____

**Hukkster, Inc.**                                                              Chapter **7** _____

_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**20,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**20,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☐ Debtor    ☐ Other (specify)

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **Retainer covers all anticipated expenses, including the chapter 7 filing fee.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____        _____
**August 25, 2014**                      **/s/ Fred Stevens**
Date

                                         Fred Stevens
                                         Klestadt & Winters, LLP
                                         570 Seventh Ave. 17th Floor
                                         New York, NY  10018-0000
                                         (212) 972-3000
                                         fstevens@klestadt.com

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                                    Case No. _____

Hukkster, Inc.                                                          Chapter **7** _____
_____
                        Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 25, 2014** _____        Signature: */s/ Katie Finnegan* _____
                                                                     **Katie Finnegan, President**                              Debtor

Date: _____        Signature: _____
                                                                                                                          Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

584 Broadway LLC
c/o Olmstead Properties, Inc.
575 Eighth Avenue, Suite 2400
New York, NY  10018-3011


Adam Vigiano
244 East 90th Street, Apt. 3B
New York, NY  10128


Alicia Aemisegger
25 Broad Street, Apt. 3W
New York, NY  10004


Amanda Shortall
1121 Park West Drive
Charlotte, NC  28209


American Express
P.O Box 360001
Fort Lauderdale, FL  33336-0001


Ampush Media
450 9th Street, 2nd Floor
San Francisco, CA  09410


Ana Candelaria
1001 Avenue of the Americas, 10th Floor
New York, NY  10018


Andy Madsen
305 McGuinness Blvd., Apt. 3K
Brooklyn, NY  11222

Archie Gottesman
Daisybella Investments LLC
60 Fernwood Road
Summit, NJ  07901


Badge Media
1095 6th Avenue, 24th Floor
New York, NY  10036


Badge Media
261 Madison Avenue, 9th Floor
New York, NY  10016


Brian Trombino
60 West 23rd Street, Apt. 630
New York, NY  10010


Brilliant Spaces Corp.
145-31 Wilest Point Boulevard
Whitestone, NY  11357


bway.net
P.O. Box 1688
New York, NY  10013-9998


Cameron Winklevoss
Winklevoss Capital Fund
30 West 24th Street, 4th Floor
New York, NY  10011


Casey George
226 East 26th Street, Apt. 5D
New York, NY  10010

Chris Fiore
11 Robertson Drive
Sag Harbor, NY  19963


Christian Fischer
555 Hart Street, Apt. 1R
Brooklyn, NY  11221


CloudNexa
The Navy Yard Quarters A
1413 Langley Avenue
Philadelphia, PA  19112


Cloudnexa, Inc.
1413 Langley Avenue
Philadelphia, PA  19112


Conde Boyce
380 North Broadway, Suite 310
Jericho, NY  11753


Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111


Curtis Nathanson
877 Robin Lane
Hntington Valley, PA  19006


Daniel Krenisyn
85 Hasbrouck Avenue
Emerson, NJ  07630


Daniel Rooney
61 West 108th Street, Apt. 5D
New York, NY  10025

David Dennis
450 West 47th Street, Apt 5A
New York, NY  10036


David Kestnbaum
137 East 36th Street, Apt. 17F
New York, NY  10016


David Nussbaum
83 Village Road
Roslyn Heights, NY  11577


Drew James
Joshua M. Childress Recovable Trust
140 Raleigh Road, Suite 300
Chapel Hill, NC  27517


Emily Brockway
247 East 28th Street, Apt. 4A
New York, NY  10016


Erica Bell
101 West 15th Street, Apt. 212
New York, NY  10011


Erica Castelo
144 West 76th Street, Apt. 4A
New York, NY  10023


Erin O'Neill
95 Horatio Street, Apt. 9A
New York, NY  10014


Eve Schaenen
78 Plymouth Street
Montclair, NJ  07042

Extole, Inc.
274 Brannan Street
San Francisco, CA  94107


Hello Society LLC
1447 Second Avenue, Suite 300
Santa Monica, CA  90401


Internal Revenue Service
1 Clinton Avenue
Albany, NY  12207


Jerome Griffith
7 Rollingwood Lane
East Hampton, NY  11973


Jesse Goodall
31-16 28th Road, Apt. 3R
Astoria, NY  11102


John Rutledge
152 East 22nd Street, Apt. 6C
New York, NY  10010


Jordanah Creegan
105 Washington Drive
Centerport, NY  11721


Josh Schwimmer
70 Washington Street, Apt. 40
Brooklyn, NY  11201


Justin Greenberg
2681 Albatross Road North, Apt. 201
Delray Beach, FL  33444

Katie Finnegan
125 Christopher Street, Apt. 6D
New York, NY  10014


Keele UX
5512 Third Line Alliston
Ontario, Canada,      L9R1V2


Kelly Wetter
18 Maurice Lane
Huntington, NY  11743


Kimberly Martin
41 Perimeter Center East
Atlanta, GA  30346


Kris Canekeratne
1 Wyndmere Drive
Southborough, MA  01772


Kyle Schneider
400 Chambers Street, Apt. 22K
New York, NY  10282


Laura Newcombe
170 W. 107th Street, Apt. 2R
New York, NY  10025


Lauren Giugliano
281 Grand Street, Apt 5F
New York, NY  10002


Lauren Salem
142 Reade Street, Apt. 9A
New York, NY  10013

Lindsey Fennell
341 10th Street, Apt. 13C
Brooklyn, NY  11215


Lisa Blau
1040 Fifth Avenue
New York, NY  10028


Madeline Nickels
151 East 31st Street, Apt. 12C
New York, NY  10016


Marielle Gelber
320 East 58th Street, Apt. 8G
New York, NY  10022


Marina Chiesa
417 East 60th Street, Apt. 17
New York, NY  10022


Mark Karass
566 Fairview Avenue
Wyckoff, NJ  07841


Mark Munnelly
1A Bonnie Drive
Fort Salonga, NY  11768


Marla Smith
482 Greenwich Street, 4th Floor
New York, NY  10013


Martin Attea
55 West 88th Street, Apt. 4
New York, NY  10024

Martin Trust
Samtex USA, Inc.
One Stiles Road
Salem, NH   03079


Matthew Peddle
793 Elm Street
New Haven, CT   06511


Melanie Begun
40 Harrison Street, Apt. 26B
New York, NY   10013


MetroStar Contracting
P.O. Box 13-1703
Staten Island, NY   10313


MJG Promotions
P.O. Box 271
Caldwell, NJ   07006


Morgan Desouza
2011 Kimball Street
Philadelphia, PA   19146


Natalie Podrazik
1108 Lorimer Streeet, Apt. #1
Brooklyn, NY   11222


Neha Batra
302 Eastern Parkway, Apt. 6F
Brooklyn, NY   11225

NYC Department Of Finance
Attn: Legal Affairs
345 Adams Street
Brooklyn, NY  12201


NYS Department Of Taxation & Finance
Attn: Office Of Counsel
Building 9, W. A. Harriman Campus
Albany, NY  12227


NYS Department Of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY  12205


Olmstead Properties, Inc.
575 Eighth Avenue, Suite 2400
New York, NY  10018


Patricia Gabel
220 Waverly Place, Apt. 1
New York, NY  10014


Paul M. Nichols
25-71 Steinway Street, Apt. 3
Astoria, NY  11103


Phil Avery
1 Tiffany Place, Apt. 4N
Brooklyn, NY  11231


PS89
201 Warren Street
New York, NY  10282

Rachel Bigio
240 East 27th Street, Apt. 17M
New York, NY  10016

Rebecca Griffin
73 West 83rd Street, Apt. 3W
New York, NY  10024

Rob Mattar
110 Haratio Street, Apt. 217
New York, NY  10014

Robert Johnson
4301 Greenbrier Drive
Dallas, TX  75225

Rosemary Vrablic
1001 Park Avenue
New York, NY  10028

Rowland Moriarty
c/o Charles River Associates
200 Clarendon Street, T32
Boston, MA  02116

Sarah Cullen
70 Whitehill Road
Cold Spring Harbor, NY  11724

Sarah Ghessie
52 Rice Mill Road
Okatie, SC  29909

Scott Chabina
55 W. 14th Street, Apt. 1C
New York, NY  10011

Sheila Klehm
P.O. Box 137
New Vernon, NJ   07976


Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA   95054


Simon Slater
1584 East 15th Street
Brooklyn, NY   11230


Sophia Lauricella
22 Woodhull Court
Northpoint, NY   11768


Sound Advice
139 East 35th Street, #7K
New York, NY   10016


St. Anthony's High School
275 Wolfhill Road South
Huntington, NY   11746


Stephen Madsen
266 Causeway
Lawrence, NY   11559


Tapjoy
111 Sutter Street, 12th Floor
San Francisco, CA   94104


Tyler Winklevoss
Winklevoss Capital Fund
30 West 24th Street, 4th Floor
New York, NY   10011

Winklevoss Vanguard, LLC
1007 Orange Street, Ste. 1463
Wilmington, DE  19801


Zachary Carroll
14 Leisure Farm Drive
Armonk, NY  10504


Zareen Siddiqui
130 Lennox Avenue, Apt. 1002
New York, NY  10026