UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 7 |
| HUKKSTER, INC., | Case No. 14-12464 (SHL) |
| Debtor. |  |

**ORDER SHORTENING NOTICE PERIOD
AND FIXING THE HEARING AND OBJECTION DEADLINE
TO CONSIDER APPROVAL OF MYSALESPY.COM'S MOTION
FOR ENTRY OF AN ORDER (A) COMPELLING COMPLIANCE WITH SALE
PROCEDURES; AND (B) EXTENDING BID DEADLINE AND AUCTION DATE**

Upon consideration of the *ex parte* motion (the "Motion")[1] of MySaleSpy.com ("MySaleSpy") for the entry of an order, pursuant to Rules 2002(a)(2) and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9077-1(b) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), shortening the notice period with respect to the hearing on *MySaleSpy.com's Motion for Entry of an Order (A) Compelling Compliance with Sale Procedures; and (B) Extending Bid Deadline and Auction Date* [D.I. 21] (the "Motion to Compel"); and upon consideration of the Gorra Declaration; and the Court finding that (a) it has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.)*; (b) venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (c) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (d) the relief requested in the Motion is in the best interests of the estate and creditors; (e) adequate notice of the relief requested in the Motion has been provided and no further or other notice is necessary; and (f) good and sufficient cause

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and the Gorra Declaration,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:**

1. The Motion is **GRANTED**.

2. The hearing (the "Hearing") on the Motion to Compel shall take place before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **November 10, 2014, at 2:00 p.m.** (New York time).

3. Any deadlines and/or notice periods established by the Bankruptcy Rules and/or Local Rules, to the extent applicable, shall be modified and suspended to the extent necessary to hear and determine approval of the Motion to Compel at the Hearing.

4. Responses or objections, if any, to approval of the Motion to Compel must (a) be in writing; (b) set forth with particularity the basis for the response or objection; (c) be filed with the Clerk of the Bankruptcy Court (with a courtesy copy delivered directly to Chambers of the Honorable Sean H. Lane, United States Bankruptcy Court for the Southern District of New York, Alexander Custom House, New York, New York 10004); and (d) be served on MySaleSpy.com, P.O. Box 1231, New York, New York 10163, ggorra@mysalespy.com, Attn: Gregory R. Gorra, Esq. so as to actually be received by November 10, 2014, at 10:00 a.m. (the "Objection Deadline").

5. MySaleSpy shall serve a copy of this Order forthwith upon its entry on; (a) the Trustee; (b) the Debtor; and (c) all parties that have filed a notice of appearance or have

requested service in this case.  Service shall be by e-mail and/or facsimile where available; if no e-mail or facsimile information is available, it shall be done by overnight delivery.

Dated: New York, New York
       November 5, 2014

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE