UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

**HUKKSTER, INC.,**

          **Debtor.**

Chapter 7

14-12464 (SHL)

----------------------------------------------------------------X

### ORDER (I) APPROVING STIPULATION RESOLVING MOTION AND EXTENDING BID DEADLINE AND AUCTION DATE AND (II) ADJOURNING SALE HEARING

Upon the application (the "**Application**") of Jil Mazer-Marino, the chapter 7 trustee (the "**Trustee**") of the bankruptcy estate ("**Estate**") of Hukkster, Inc. ("**Hukkster**"), for entry of an order, pursuant to section 105 of title 11 of the United States Code (the "**Bankruptcy Code**"), for approval of the *Stipulation Resolving Motion and Extending Bid Deadline and Auction Date* (the "**Stipulation**"), entered into by the Trustee with SaleSpy, Inc. d/b/a MySaleSpy.com ("**MySaleSpy**"), on November 6, 2014; and good and sufficient notice of the Application having been given and no other or further notice being required; and any objections to the Application having been overruled; and it appearing that the Court has jurisdiction over this matter; and after due deliberation thereon, it is

**ORDERED** that the Application is granted; and it is further

**ORDERED** that the Stipulation, attached to the Application as Exhibit "A," is approved; and it is further

**ORDERED** that, pursuant to the Stipulation, the (a) the Bid Deadline is extended to November 20, 2014 at 5:00 p.m. for all potential bidders; (b) the deadline for the Trustee to make a determination regarding whether a bid is a Qualified Bid and notify bidders whether their bids have been determined to be Qualified Bids is extended to November 21, 2014 at 12:00 p.m.; and (c) the Auction shall be held on November 24, 2014 at 10:00 a.m., provided that the Trustee shall

have the right to adjourn or cancel the Auction at any time by delivering notice of such adjournment or cancellation to all Qualified Bidders.

**ORDERED** that the hearing scheduled for November 20, 2014, at 11:00 a.m. (the "**Sale Hearing**") is hereby adjourned to **December 10, 2014, at 10:00 a.m. (New York Time)**, at which time the Court will consider approval of the sale of all or substantially all of the assets of the Debtor's Estate (the "**Sale**") and consider the Trustee's request to confirm the results of any auction; and it is further

**ORDERED** that objections to the Sale, if any, must be in writing and must be filed and served so as to be actually received by the Bankruptcy Court and the Trustee on or before the end of the day on **December 3, 2014** (the "**Objection Deadline**") and responses to any objections are due by December 8, 2014 at 2:00 p.m.; and it is further

**ORDERED** that the failure to file and serve an objection to the Sale by the Objection Deadline shall be a bar to the assertion thereof at the Sale Hearing or thereafter; and it is further

**ORDERED** that the Sale Hearing may be adjourned from time to time without further notice other than by announcement of the adjournment in open Court or the entry of a notice of such adjournment on the Court's docket; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
November 10, 2014

                                      */s/ Sean H. Lane*
                                      UNITED STATES BANKRUPTCY JUDGE